PAGE, Respondent, v. NAUGHTON et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by Henry Page against Bernard Naughton and Daniel F. McMahon.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $6,000, and extra allowance proportionately, in which case the judgment, as modified, is unanimously affirmed, without costs of this appeal to either party.

PECKHAM, Respondent, v. CONNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by Mary .C. Peckham, as administrator, etc., against Daniel G. Conner. No opinion. Order affirmed, with $10 costs and disbursements.

In re PENNSYLVANIA, N. Y. & L. I. R. CO. (Supreme Court, Appellate Division, First Department. May 15, 1903.) In the matter of the Pennsylvania, New York & Long Island Railroad Company. No opinion. Motion granted.

PEOPLE v. AMERICAN LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. May 22, 1903.) Proceeding by the people of the state of New York against the American Loan & Trust Company. No opinion. Memorandum for counsel.

PEOPLE v. AMERICAN LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. June 12, 1903.) Proceeding by the people of the state of New York against the American Loan & Trust Company. No opinion. Motion dismissed.

PEOPLE v. BROWN. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Proceeding by the people of the state of New York against William Brown. No opinion. Motion denied.

PEOPLE v. CARSTADT. (Supreme Court, Appellate Division, First Department. May 15, 1903.) Proceeding by the people of the state of New York against Sadie Carstadt. No opinion. Motion granted.

PEOPLE v. DONOHUE. (Supreme Court, Appellate Division, First Department. May 15, 1903.) Proceeding by the people of the state of New York against Kate Donohue. No opinion. Motion granted.

PEOPLE v. GOLDBERG. (Supreme Court, Appellate Division, First Department. May 15, 1903.) Proceeding by the people of the state of New York against Joseph Goldberg. No opinion. Motion granted.

PEOPLE, Respondent, v. GRANT, Appellant. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Proceeding by the people of the state of New York against Ralph Grant. No opinion. Judgment of conviction affirmed.

PEOPLE v. HICKEY. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Proceeding by the people of the state of New York against Kate T. Hickey. No opinion. Motion granted.

PEOPLE v. LEAVITT. (Supreme Court, Appellate Division, First Department. May 15, 1903.) Proceeding by the people of the state of New York against Charles E. Leavitt. No opinion. Motion granted.

PEOPLE v. MAHONEY et al. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Proceeding by the people of the state of New York against John Mahoney and another. No opinion. Motion granted.

PEOPLE v. MOLLO. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Proceeding by the people of the state of New York against Michael Mollo. No opinion. Motion granted.

PEOPLE, Respondent, v. RAY et al., Appellants. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Proceeding by the people of the state of New York against Susan Ray and Pasquale Caponigri. A. H. Evans, for appellants. R. C. Taylor, for the People. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE v. SIMBERG. (Supreme Court, Appellate Division, First Department. May 15, 1903.) Proceeding by the people of the state of New York against Daniel Simberg. No opinion. Motion granted.

PEOPLE, Respondent, v. WAGNER, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Frederick Wagner was convicted of arson, and appeals. Affirmed. See, also, 75 N. Y. Supp. 950. Lewis Stuyve-